TRUSTEE NON-ELECTRONIC
GEORGIMD0009

Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND, BALTIMORE DIVISION

In re __DENISE M GEORGIE__  Case No. ___03-50306-JFS___

DENISE GEORGIE

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed 11 U.S.C. §1111(a).
Transferee hereby gives evidence and notice pusuant to Rule 3001(e)(2), Fed R. Bankr., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | FIRST CONSUMERS NATIONAL BANK/ SPIEGEL |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    eCAST Settlement Corporation
    POB 35480
    Newark NJ 07193-5480

Court Claim # (if known): ___3___

Amount of Claim: ___735.13___

Date Claim Filed: ___02/24/2003___

Phone: ___610-644-7800___  Phone: ___877-487-5598___
Last Four of Acct #: ___5744___  Last Four of Acct #: ___5744___
Last Four of Alternate Acct #: ___2748___  Last Four of Alternate Acct #: ___2748___

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/Alane A. Becket___  Date: ___01/29/2008___
    Alane A. Becket, Esquire, PA65451
    Becket & Lee LLP, Attorney/Agent for Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

SAC70820